472 A.2d 1166

Commonwealth v. Saltzberg, Appellant.

Reargument Denied April 3, 1984.

Petition for Allowance of Appeal
Denied July 10, 1984.

Submitted October 12, 1983. Thomas Q. Ciccone, Jr., for appellant; A. Sheldon Kovach, Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, President Judge, and POPOVICH and HOFFMAN, JJ.

Affirmed.